# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

October 1, 2013

DIANE S. SYKES, *Circuit Judge*

No. 11-3731

| | |
|---|---|
| CE DESIGN, LTD., individually and as the representative of a class of similarly situated persons, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiff-Appellee,* | |
| *v.* | No. 07 C 5456 |
| CY'S CRAB HOUSE NORTH, INC., and CY'S CRABHOUSE & SEAFOOD GRILL, INC., | Matthew F. Kennelly, *Judge.* |
| *Defendants,* | |
| *and* | |
| TRUCK INSURANCE EXCHANGE, | |
| *Proposed Intervenor-Appellant.* | |

**O R D E R**

The opinion issued on September 30, 2013, is amended. The penultimate sentence of the opinion on page 12 is replaced to read:

> In *Reliable Money Order* we upheld the district court's class-certification decision against the same claim of misconduct by these counsel.